UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL J. HICKS,

    Plaintiff,

  v.

AFSHIN ARYA,

    Defendant.

No. 2: 16-cv-2465 MCE KJN P

ORDER

    Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On March 2, 2017, the undersigned referred this case to the Post-Screening ADR Project. (ECF No. 14.) The undersigned ordered the parties to file, within thirty days, notices regarding their choice of settlement judge. The undersigned also stayed this action for 120 days.

    On March 7, 2017, defendant filed a motion to be excluded from the Post-Screening ADR Project. (ECF No. 17.) The grounds of this request are that, after consulting with plaintiff, it does not appear that a settlement is possible at this time. Good cause appearing, defendant's motion is granted. The stay is lifted and the court will shortly issue a scheduling order.

    Accordingly, IT IS HEREBY ORDERED that:

    1. Defendant's motion to be excluded from the Post-Screening ADR Project (ECF No. 17) is granted;

1

2. The stay on this action is lifted; a scheduling order will issue shortly.

Dated: March 16, 2017

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Hicks2465.set