UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. HICKS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AFSHIN ARYA,<br><br>　　　　　Defendant. | No. 2:16-cv-2465 MCE KJN P<br><br><br>ORDER |

On March 27, 2017, plaintiff filed a motion for reconsideration of the magistrate judge's order filed March 16, 2017, granting defendant's motion to be excluded from the Post-Screening ADR project. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Id. Upon review of the entire file, the Court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed March 16, 2017, ECF No. 19, is AFFIRMED.

IT IS SO ORDERED.

Dated: May 9, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE