UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. HICKS,<br><br>    Plaintiff,<br><br>    v.<br><br>AFSHIN ARYA, et al.,<br><br>    Defendants. | No. 2: 16-cv-2465 MCE KJNP<br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for injunctive relief filed June 23, 2017. (ECF No. 32.) For the reasons stated herein, the undersigned recommends that this motion be denied.

This action proceeds on the original complaint against Dr. Arya. Plaintiff alleges that in September 2016, while he was housed at California State Prison-Sacramento ("CSP-Sac"), defendant Arya denied him adequate medical care for hepatitis C and cervical spondylosis. Plaintiff alleges, in part, that defendant Arya refused to transfer him to a prison where he could receive cervical traction.

In the pending motion, plaintiff requests that the court order his transfer to a prison capable of providing cervical traction three times per week. Plaintiff also requests that he be prescribed adequate pain medication.

While the caption of plaintiff's pending motion for injunctive indicates that plaintiff is housed at CSP-Sac, court records reflect that plaintiff is now housed at California State Prison-Corcoran ("Corcoran"). No defendants are located at Corcoran.

Because no defendants are located at Corcoran, plaintiff seeks injunctive relief against individuals who are not named as defendants in this action. This court is unable to issue an order against individuals who are not parties to a suit pending before it. See Zenith Radio Corp. v. Hazeltine Research, Inc., 395 U.S. 100, 112 (1969).

Accordingly, IT IS HEREBY RECOMMENDED that plaintiff's motion for injunctive relief (ECF No. 32) be denied.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be filed and served within fourteen days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: August 24, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Hicks2465.pi