UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. HICKS,<br><br>    Plaintiff,<br><br>    v.<br><br>AFSHIN ARYA, et al.,<br><br>    Defendants. | No. 2: 16-cv-2465 TLN KJN P<br><br>ORDER |

On February 7, 2019, the undersigned granted plaintiff's motion for copies, in part. (ECF No. 88.) The undersigned directed the Clerk of the Court to send plaintiff a copy of the docket sheet in this action. (Id.) The undersigned ordered plaintiff to return the docket sheet with the documents he seeks clearly marked next to their entry on the docket. (Id.)

On March 11, 2019, plaintiff returned the docket sheet with a declaration. (ECF No. 99.) In the declaration, plaintiff requests copies of the declarations of defendant Arya and Dr. Feinberg submitted by defendants in support of their summary judgment motion and motion to declare plaintiff a vexatious litigant. Plaintiff also requests copies of his opposition to defendants' motion for a vexatious litigant order and his supplement to that opposition. Good cause appearing, the Clerk of the Court is directed to send plaintiff copies of these pleadings.

////

////

1

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall send plaintiff copies of his opposition to defendants' motion for a vexatious litigant order (ECF No. 76), plaintiff's supplemental opposition (ECF No. 80), the declarations of defendant Arya and Dr. Feinberg attached to defendants' summary judgment motion (ECF No. 46 at 26-28, 89-96), and the declarations of defendant Arya and Dr. Feinberg attached to defendants' motion for a vexatious litigant order (ECF No. 69-2, ECF No. 69-3.)

Dated: April 3, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Hick2465.cop