AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____ Eastern _____ **District of** _____ California _____

Michael J. Hicks

            Plaintiff (s),

V.

Afshin Arya, et al.,

            Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:16-cv-02465-TLN-KJN

Notice is hereby given that, subject to approval by the court, _____ P. Sahota, M.D. _____ substitute
                                                                                                         (Party (s) Name)

_____ Thomas P. Feher _____, State Bar No. _____ 149944 _____ as counsel of record in place
(Name of New Attorney)

place of _____ Julio Antonio Hernandez, Deputy Attorney General _____.
                                          (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:          LeBeau – Thelen, LLP

    Address:             P.O. Box 12092, Bakersfield, CA 93389-2092

    Telephone:          661-325-8962               Facsimile 661-325-1127

    E-Mail (Optional):    tfeher@lebeauthelen.com

I consent to the above substitution.

Date: _____ AUG 19 2019 _____           P. SAHOTA, M.D. / CSP SACRAMENTO
                                                      (Signature of Party (s))

I consent to being substituted.

Date: _____ August 20, 2019 _____
                                                      (Signature of Former Attorney (s))

I consent to the above substitution.

Date: _____ August 20, 2019 _____
                                                      (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____ Aug 21, 2019 _____
                                                      KENDALL J. NEWMAN
                                                      U.S. MAGISTRATE JUDGE

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss.
COUNTY OF KERN )

I am a citizen of the United States and a resident of the county aforesaid; I am over the age of eighteen years and not a party to the within action; my business address is 5001 East Commercenter Drive, Suite 300, Bakersfield, California 93309. On August 20, 2019, I served the within **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** on the parties in said action as follows:

Michael J. Hicks [B-80852]
Salinas Valley State Prison (1050)
P.O. Box 1050
Soledad, CA 93960-1050

Julio Antonio Hernandez
California Office of the Attorney General
1300 I Street
Sacramento, CA 95814
Ph: 916-210-6238; Fax: 916-322-8288
Email: julio.hernandez@doj.ca.gov

(XX) **BY MAIL** - I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Bakersfield, California, in the ordinary course of business. **[Michael J. Hicks]**

(__) **BY PERSONAL SERVICE** - I caused to be delivered such envelope by hand to the offices of the addressee.

(XX) **BY COURT'S CM/ECF SYSTEM** - Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above. **[Julio Antonio Hernandez]**

I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct

Executed on August 20, 2019, at Bakersfield, California.

/s/Jennyfer Utt
JENNYFER UTT

{00270751;1}